UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
            -v-                         :   20cr52-6 (DLC)
                                        :
DEREK LIVINGSTON,                       :   ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

It is hereby

ORDERED that the change of plea scheduled for May 19, 2021 at 11:00 is rescheduled to May 21, 2021 at 9:00 AM via the CourtCall platform. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **855-268-7844** and using access code **67812309#** and **PIN 9921299#**. Please refer to the Order issued on May 13, 2021 for all other information regarding the conference.

SO ORDERED:

Dated:   New York, New York
         May 13, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge