## *QUIJANO ENNIS & SIDERIS*
ATTORNEYS AT LAW
305 Broadway, 7th Floor
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

Peter Enrique Quijano
Nancy Lee Ennis
Anna N. Sideris

September 10, 2021

**BY ECF**
Honorable Denise L. Cote
United States District Judge
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **U.S. v. Derek Livingston**, 20 Cr. 52 (DLC)

Dear Judge Cote:

As the attorneys for Derek Livingston we are writing respectfully to request the Court's permission to file two of the exhibits that will accompany his sentencing submission Under Seal. The exhibits in question are pictures and videos of Mr. Livingston's daughter, a minor, and are identified as Exhibit C and Exhibit D, respectively. Mr. Livingston's sentencing submission will be filed today, pursuant to the scheduling Order. Your Honor's attention to and consideration of this request are, as always, greatly appreciated.

Respectfully submitted,
/s/
Anna N. Sideris
Peter Enrique Quijano

*The picture may be filed under seal. The video will not be received without good cause.*
*Denise Cote*
*9/10/21*