```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
             -v-                         :       20cr52-6 (DLC)
                                         :
 DEREK LIVINGSTON,                       :           ORDER
                                         :
                    Defendant.           :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the Fatico hearing scheduled to take place on **September 17, 2021** at **9:00 AM** shall take place in person in **Courtroom 26B, 500 Pearl Street**. In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here**:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must to wear a mask that covers their nose and mouth in the

courthouses. Bandannas, gaiters and masks with valves are prohibited.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court proceeding may listen to it through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated: New York, New York
September 16, 2021

                                        /s/ Denise Cote
                                        DENISE COTE
                             United States District Judge